IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARDEN CITY BOXING CLUB, INC.           Civil Action No.
    Plaintiff,

v.                                       Rule 7.1 Statement

NJ Junior, Inc.                          07 Civ. 4789
d/b/a Café Novita Bar
and Nick Perriello
and Nicholas Perriello

                                         JUDGE CONNER

    Defendants,

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Garden City Boxing Club, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: June 1, 2007

                                                  Signature of Attorney
                                                  Paul J. Hooten, Esq.
                                                  Attorney Bar Code: PJH9510