UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

------------------------------------
GARDEN CITY BOXING CLUB, INC.,

    PLAINTIFF

– vs. –

NP JUNIOR INC DBA CAFE NOVITA BAR ET AL,

    DEFENDANT
------------------------------------

Index No: **07 CIV 4789**
Date Filed: **06/05/2007**
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**JOSEPH BARNUM** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **06/15/2007** at **1:10PM** at **93 MAMARONECK AVENUE, WHITE PLAINS, NY 10601**, I served a true copy of the **SUMMONS AND COMPLAINT** upon **NP JUNIOR INC DBA CAFE NOVITA BAR** the **DEFENDANT** therein named by delivering to, and leaving personally with **NICK PERRIELLO, MANAGING AGENT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

    SEX: **MALE**    COLOR: **WHITE**    HAIR: **BROWN**
    APP. AGE: **42**    APP. HT: **6'0**    APP. WT: **180**
    OTHER IDENTIFYING FEATURES:

Sworn to before me on **06/21/2007**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

_____
JOSEPH BARNUM
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
AP

