UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

---------------------------------------------
GARDEN CITY BOXING CLUB, INC.,

    PLAINTIFF

– vs. –

NP JUNIOR INC DBA CAFE NOVITA BAR ET AL,

    DEFENDANT
---------------------------------------------

Index No: **07 CIV 4789**
Date Filed: **06/05/2007**
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:
**JOSEPH BARNUM** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **06/15/2007** at **12:45PM** at **18 MONROE DRIVE – PRIVATE HOUSE , WHITE PLAINS, NY 10605**, I served the **SUMMONS AND COMPLAINT** upon **NICHOLAS PERRIELLO** the **DEFENDANT** therein by delivering and leaving a true copy or copies of the aforementioned documents with **KRISTAN LAGWORTH, CO–TENANT OF THE DEFENDANT**, a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

    SEX: **FEMALE**    COLOR: **WHITE**    HAIR: **BLDE**
    APP. AGE: **38**    APP. HT: **5'8**    APP. WT: **140**
    OTHER IDENTIFYING FEATURES:

On **06/21/2007** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **DEFENDANT** at **18 MONROE DRIVE – PRIVATE HOUSE , WHITE PLAINS, NY 10605**. That address being **last known residence, usual place of abode of the DEFENDANT**.

Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to before me on **06/21/2007**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

    JOSEPH BARNUM
    AAA ATTORNEY SERVICE CO. OF NY, INC.
    20 VESEY ST., ROOM 1110
    NEW YORK, NY 10007
    AP

