UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC. ) | Civil Action No. 07 CIV. 4789 (WCC) |
| Plaintiff, ) | |
| -against- ) | |
| ) | **RULE 7.1 STATEMENT** |
| NP JUNIOR, INC., ) | |
| d/b/a CAFÉ NOVITA BAR ) | |
| and NICK PERRIELLO ) | |
| and NICHOLAS PEREIELLO ) | |
| Defendants. ) | |

Pursuant to Federal Rule of Civil Procedure 7.1 (former Local General Rule 1.90 and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for NP Junior, Inc., d/b/a Café Novita Bar (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are privately held.

Dated: New York, New York
       August 21, 2007

                                   RICHARD B. HERMAN, LLC

                                   _____
                                   Richard B. Herman, Esq. (6524)
                                   Attorneys for Defendants
                                   NP Junior, Inc., d/b/a Café Novita Bar,
                                   Nick Perriello and Nicholas Perriello
                                   300 Park Avenue, Suite 1700
                                   New York, NY 10022
                                   Tel.:  (212) 868-9300
                                   Fax.:  (212) 759-7373
                                   Email: rbh@rbhlaw.us