LAW OFFICES
# RICHARD B. HERMAN, L.L.C.

RICHARD B. HERMAN
ADMITTED:
NEW YORK
PENNSYLVANIA
DISTRICT OF COLUMBIA
CONNECTICUT (U.S. DIST. COURT ONLY)

300 PARK AVENUE
SUITE 1700
NEW YORK, NEW YORK 10022
TELEPHONE (212) 759-6300
FACSIMILE (212) 759-7373
EMAIL: rbh@rbhlaw.us

**BY ECF AND FACSIMILE (914) 390-4170**

January 3, 2008

Honorable William C. Conner
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: Garden City Boxing Club, Inc. v. NP Junior, Inc. d/b/a Café Novita Bar, Nick Perriello and Nicholas Perriello
Index No.: 07 Cv. 4789 (WCC)

Dear Judge Conner:

On behalf of Richard B. Herman, counsel to the defendants in the above-captioned matter, I am writing to respectfully request an adjournment of the initial conference, currently scheduled for January 4, 2008 as Mr. Herman is out of town. I discussed scheduling with Your Honor's Courtroom Deputy yesterday morning and was informed that Your Honor is available to meet with us on February 1, 2008 at 11:45 a.m.

I have consulted with Paul J. Hooten & Associates and have been advised there is no objection to this request.

I thank Your Honor for his consideration of this matter.

Respectfully,
RICHARD B. HERMAN, LLC

By: Stefanie V. Plaumann

cc: Dodi, Paul J. Hooten & Associates (via facsimile 631-331-2627)