```
DIVISION OF CORPORATIONS AND STATE RECORDS          ALBANY, NY 12231-0001
                            FILING RECEIPT
================================================================================
ENTITY NAME: NP JUNIOR, INC.

DOCUMENT TYPE: DISSOLUTION (DOMESTIC)                      COUNTY: WEST
================================================================================
FILED:10/17/2007  DURATION:*********  CASH#:071017000916  FILM #:071017000842

    FILER:
    -------
    FRANK DISIENA CPA, P.C.
    51 BEDFORD ROAD

    KATONAH, NY 10536

    ADDRESS FOR PROCESS:
    ---------------------




    REGISTERED AGENT:
    ------------------
```

================================================================================
SERVICE COMPANY: ** NO SERVICE COMPANY **              SERVICE CODE: 00

| FEES | 60.00 | | PAYMENTS | 60.00 |
|------|-------|--|----------|-------|
| FILING | 60.00 | | CASH | 0.00 |
| TAX | 0.00 | | CHECK | 60.00 |
| CERT | 0.00 | | CHARGE | 0.00 |
| COPIES | 0.00 | | DRAWDOWN | 0.00 |
| HANDLING | 0.00 | | OPAL | 0.00 |
| | | | REFUND | 0.00 |

================================================================================
DOS-1025 (04/2007)