```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
GARDEN CITY BOXING CLUB, INC.

              Plaintiff         Index#: CV 07-4789

    -against-

                                        AMENDED
NP JUNIOR, INC.                 PLAINTIFF'S INITIAL
D/b/a CAFÉ NOVITA BAR           DISCLOSURE PURSUANT TO
and NICK PERRIELLO              FED R.CIV.p. 26(A)(1) OF
and NICHOLAS PERRIELLO          INTERROGATORIES
              Defendant
-------------------------------------x
```

Pursuant to the requirement of Federal Rule of Civil Procedure 26, Garden City Boxing club, Inc. Plaintiff in the above-titled action, makes the following disclosures by and through its undersigned counsel:

1. Initial Disclosures

(A) The identity of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the Complaint is as follows:

    (1) Garden City Boxing Club, Inc. c/o Thomas P. Riley, P.C., First Library Square, 1114 Fremont Avenue, South Pasadena, CA 91030-3227; having knowledge as to the unauthorized publication and use of the telecast of Oscar De La Hoya and Felix Strum on June 5, 2004 at the NP Junior, Inc..

    (2) NP Junior, Inc. d/b/a Café Novita Bar, and Nick Perriello, and Nicholas Perriello("Defendant"), 93 Mamaroneck Avenue, White Plains, NY 10601; knowledge as to the information

contained in and relating to the unauthorized publication and use of the telecast of Oscar De La Hoya and Felix Strum on June 5, 2004 at the NP Junior, Inc.

 B) All documents, date complications, and tangible things that are in possession, custody, or control of Garden City Boxing Club, Inc., may use to support its claims and/or defenses include the following:

  (1) Copy of investigators report;

  (2) Responses to discovery;

  (3) Deposition testimony, if any;

  (4) any other relevant document not yet discovered by Plaintiff which would be relevant to Plaintiff's case.

 The documents are located or will be located at the offices of Thomas P. Riley, PC, First Library Square, 1114 Fremont Avenue, South Pasadena, CA 91030-3227 and Paul J. Hooten & Associates, PLLC, 5505 Nesconset Hwy., Suite 203, Mt. Sinai, New York 11766/ There may be other documents that may be relevant that are not yet known which may be used to support the claims and/or defenses of Garden City Boxing Club, Inc..

 ( C ) Damages to Plaintiff arising from the Defendant's unauthorized use of the telecast of Oscar De La Hoya and Felix Strum on June 5, 2004 at the NP Junior, Inc. d/b/a Café Novita Bar, Nick Perriello and Nicholas Perriello and attorney fees and costs.

    (D) Fed.R.Civ. P. 26 (a)(1)(D) does not apply to this matter.

Date: July 22, 2008                                  Respectfully submitted,

/s/ Paul J. Hooten
PAUL J. HOOTEN & ASSOCIATES
ATTORNEY FOR PLAINTIFF
5505 Nesconset Hwy., Suite 203
Mt. Sinai, New York 11766
(631)331-0547

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

GARDEN CITY BOXING CLUB, INC.
                Plaintiff,                  Index # 07-CV-4789
   -against-

**CERTIFICATE OF SERVICE**

NP JUNIOR, INC.
d/b/a CAFÉ NOVITA BAR
and NICK PERRIELLO
and NICHOLAS PERRIELLO
                Defendants,
_____

      I certify that a copy of the Amended Plaintiff'S Initial Disclosure Pursuant To Fed

R.Civ.P 26(a)(1) Of Interrogatories  was sent via the U.S. Postal Service within the State of New

York, First Class Mail addressed to the following on July 22, 2008:


To:    Richard B. Herman, Esquire
        300 Park Avenue, Suite 1700
        New York, NY 10022



                        By:    /s/ Lucille Eichler
                                Lucille Eichler
                                Paul J. Hooten & Associates
                                5505 Nesconset Highway, Suite 203
                                Mt. Sinai, NY 11766