LAW OFFICES
# Richard B. Herman, L.L.C.

Richard B. Herman
ADMITTED:
NEW YORK
PENNSYLVANIA
DISTRICT OF COLUMBIA
CONNECTICUT (U.S. DIST. COURT ONLY)

300 PARK AVENUE
SUITE 1700
NEW YORK, NEW YORK 10022
TELEPHONE (212) 759-6300
FACSIMILE (212) 759-7373
EMAIL: rbh@rbhlaw.us

**VIA ECF AND FACSIMILE 914-390-4170**                July 23, 2008

Honorable William C. Conner
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:  Garden City Boxing Club, Inc. v. NP Junior, Inc. d/b/a Café Novita Bar, Nick Perriello and Nicholas Perriello
Index No.: 07 Cv. 4789 (WCC)

Dear Judge Conner:

On behalf of Richard B. Herman, counsel to the defendants in the above-captioned matter, I am writing to respectfully request an adjournment of the conference, currently scheduled for Friday, July 25, 2008 as Mr. Herman will be out of town on that day. I discussed scheduling with Rosa this afternoon and was informed that Your Honor is available to meet with us on September 17, 2008 at 11:15 a.m.

I have consulted with Paul J. Hooten & Associates and have been advised there is no objection to this request.

I thank Your Honor for his consideration of this matter.

Respectfully,

RICHARD B. HERMAN, LLC

By: Stefanie V. Plaumann

cc:  Paul J. Hooten & Associates (via facsimile 631-331-2627)